# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3300
LT Case No. 2022-CF-003052-A

_____

PAMELA TEREZA CABRERA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

September 30, 2025

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____